IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAWRENCE J. BROWN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. **3:16CV608**

HAROLD W. CLARKE,

    Defendant.

**MEMORANDUM OPINION**

    By Memorandum Order entered on August 4, 2016, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he relocated. By Memorandum Order entered on March 2, 2017, the Court directed Plaintiff to file a particularized complaint within fourteen (14) days of the date of entry thereof. On March 10, 2017, the United States Postal Service returned the March 2, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE NO LONGER IN FACILITY," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

                                              /s/
                              M. Hannah Lauck
                              United States District Judge

Date: **03/22/2017**
Richmond, Virginia